**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1394**

In re:  EVANS APPIAH,

Petitioner.

On Petition for Writ of Mandamus.  (8:15-cr-00508-GJH-1)

Submitted:  June 11, 2020                      Decided:  July 6, 2020

Before MOTZ, FLOYD, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Evans Appiah, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evans Appiah petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2018) motion to vacate. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court ruled on Appiah's § 2255 motion in April 2020. Accordingly, because the district court has recently decided Appiah's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*